IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERMYN NOWDEN, et al.                                                              PLAINTIFFS

v.                                       5:09CV00021HLJ

GERALD ROBINSON, et al.                                                          DEFENDANTS

## ORDER

On March 24, 2010, defendants filed their answer (DE #19) to plaintiffs' amended complaint, asserting several affirmative defenses. This matter is ready to be scheduled for trial. If defendants intend to rely on the defenses mentioned in their answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 4th day of March, 2010.

_____
United States Magistrate Judge